**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTOPHER OLSEN,**
on behalf of himself and all others
similarly situated,

    **Plaintiff,**
v.                                                  Case No.: 8:15-cv-2520-T-23AAS

**CAVALRY PORTFOLIO SERVICES, LLC,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Before the Court are Plaintiff Christopher Olsen's **Motion for Class Certification and Incorporated Memorandum of Law** (Doc. 45) and Defendant Cavalry Portfolio Services, LLC's **Opposition to Plaintiff's Motion for Class Certification** (Doc. 51).[1]

On December 29, 2015, Plaintiff filed his Amended Class Action Complaint alleging, in three-counts, violation of the Fair Debt Collection Practices Act, 15 U.S.C. Sections 1692d, 1692e, 1692e(2)(A), 1692e(10), 1692f, and 1692f(1). (Doc. 14)  On February 11, 2016, Defendant moved to dismiss each of Plaintiffs claims. (Doc. 26).  While Defendant's motion to dismiss was pending, Plaintiff filed his Motion for Class Certification. (Doc. 45).  On August 11, 2016, the Court granted Defendant's motion to dismiss for failure to state a claim, dismissed the amended complaint in its entirety, and allowed Plaintiff leave to amend by no later than August 26, 2016. (Doc. 52).

Plaintiff's motion to certify class requested the certification of claims that the Court has dismissed.  Because those claims will change when Plaintiff amends his complaint, it is

---

[1] The district judge referred this matter to the undersigned for consideration and a Report and Recommendation. (Doc. 46)  *See* Local Rule 6.01(a), M.D. Fla.

**RECOMMENDED** that Plaintiff's Motion for Class Certification and Incorporated Memorandum of Law (Doc. 45) be **DENIED as moot** and that Plaintiff be afforded the opportunity to file a second motion for class certification, if appropriate, after filing his second amended complaint.

**Date: August 19, 2016**

*[signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. *See* 28 U.S.C. § 636(b)(1).

Copies to:
Counsel of Record
District Judge