UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER OLSEN,

    Plaintiff,

v.                                           CASE NO. 8:15-cv-2520-T-23AAS

CAVALRY PORTFOLIO SERVICES, LLC,

    Defendant.
_____/

**ORDER**

The August 19, 2016 report and recommendation (Doc. 53) is **ADOPTED**. Accordingly, because an August 11, 2016 order (Doc. 52) dismisses the complaint and directs the plaintiff to amend the complaint, the plaintiff's motion for class certification (Doc. 45) is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on August 23, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE